# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VALENCIA, | CASE NO. 1:11-cv-02110-LJO-GBC (PC) |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM |
| v. | |
| JOHN DOE NO. 1, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff Edwin Valencia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On December 22, 2011, Plaintiff filed his complaint which commenced this action. Doc. 1. On October 25, 2012, the Court dismissed the action and required Plaintiff to file an amended complaint within thirty days. Doc. 14. Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims. On October 30, 2012, the Court granted Plaintiff's motion for extension of time and allowed Plaintiff twenty-one days to file the amended complaint. Doc. 16.

  More than twenty-one days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the Court HEREBY ORDERS that:

1. this action is DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted (Doc. 1; Doc. 14); and
2. The Clerk's Office is directed to enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:     December 26, 2012

UNITED STATES MAGISTRATE JUDGE